**Dismissed and Memorandum Opinion filed November 6, 2014.**



In The

# Fourteenth Court of Appeals

NO. 14-14-00432-CV

**LAWRENCE THOMPSON, Appellant**

**V.**

**KERRY ALLEN, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-10948**

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed December 18, 2013. Appellant's notice of appeal was filed May 1, 2014.

On September 4, 2014, we directed the Harris County District Clerk to file a partial clerk's record containing (1) the court's judgment; (2) any request for findings of fact and conclusions of law, any post-judgment motion, and the court's

order on the motion; and (3) the notice of appeal, in order that we might determine our jurisdiction.

The record was filed and does not contain any post-judgment motion that would operate to extend the appellate timetable. Accordingly, appellant's notice of appeal was due thirty days after the judgment was signed, on January 17, 2014. See Tex. R. App. P. 26.1. The notice of appeal, filed May 1, 2014, is therefore untimely.

On September 25, 2014, the parties were notified of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this Court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison and Donovan.